**Opinion filed April 26, 2012**



In The

# Eleventh Court of Appeals

_____

## No. 11-12-00093-CV

_____

## IN RE CAMILLE WOODSIDE

---

### Original Mandamus Proceeding

---

**M E M O R A N D U M   O P I N I O N**

Relator, Camille Woodside, has filed an original mandamus proceeding regarding an order entered on March 7, 2012, by the 318th District Court of Midland County in Cause No. FM-35,058 that required relator to appear for deposition prior to April 15, 2012, and to produce various requested documents by March 30, 2012. Pursuant to TEX. R. APP. P. 52.10(b), we granted relator's motion for temporary stay in a written order entered on March 28, 2012. Under the terms of the March 28 order, we ordered that all actions and proceedings relating to the March 7 order be temporarily stayed pending further order of this court or final disposition of this mandamus proceeding. We additionally requested a response in the March 28 order.

Upon reviewing the petition for writ of mandamus and response thereto, we have determined that relator is not entitled to the relief sought. Pursuant to TEX. R. APP. P. 52.8(a), the petition for writ of mandamus is denied. The temporary stay we entered on March 28, 2012, is hereby dissolved.

April 26, 2012                                                 PER CURIAM

Panel consists of: Wright, C.J.,
McCall, J., and Kalenak, J.